# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
February 10, 2021

Lyle W. Cayce
Clerk

No. 19-41043
Conference Calendar

United States of America,

*Plaintiff—Appellee*,

*versus*

Antonio Javier Gomez,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:17-CR-588-4

Before Smith, Stewart, and Higginson, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Antonio Javier Gomez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Gomez has filed a response. We have reviewed counsel's

---

[*] Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 19-41043

brief, relevant portions of the record, and Gomez's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for review. Accordingly, the motion to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.